# In the United States Court of Federal Claims

No. 20-578
Filed: November 9, 2021

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER STAYING CASE

On November 4, 2021, the parties filed a Joint Status Report and Motion to Continue Stay.  *See generally* Joint Status Report, ECF No. 19.  The parties requested to extend the stay in this case "to determine whether they may efficiently resolve this matter without further litigation," or, alternatively, to "streamline the damages and mitigation issues." *Id.* at 2.  For good cause shown, this case is hereby **STAYED** until January 4, 2022, at which point the parties are hereby **DIRECTED** to file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge