# In the United States Court of Federal Claims

No. 20-578
Filed: March 7, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THE UNITED STATES, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER STAYING CASE**

      On March 4, 2022, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 23. The parties propose a continuation of the stay in this case by sixty-days, up to and including May 3, 2022, to "attempt to collectively resolve the damages and mitigation issues in the [cost-sharing reduction] cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation issues in these cases." *Id.* at 2. For good cause shown, this case is hereby **STAYED** until May 3, 2022, at which point the parties **SHALL** file a joint status report.

      **IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge