# In the United States Court of Federal Claims

No. 20-578

Filed: June 7, 2022

| | |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER STAYING CASE**

    On June 6, 2022, the parties filed a Joint Status Report.  *See generally* Joint Status Report, ECF No. 27.  The parties propose a continuation of the stay in this case, up to and including July 21, 2022, to "provide more time for the broader discussions about possible approaches to resolving this and other [cost-sharing reduction] cases." *Id.* at 1.  For good cause shown, this case is hereby **STAYED** until July 21, 2022, at which point the parties **SHALL** file a joint status report.

    **IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge