IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., )<br>HPHC INSURANCE COMPANY, INC., AND )<br>HARVARD PILGRIM HEALTH CARE OF       )<br>NEW ENGLAND, INC.,                                        )<br>                                                                            )<br>             Plaintiffs,                                              )<br>                                                                            )<br>       v.                                                                )<br>                                                                            )<br>THE UNITED STATES,                                       )<br>                                                                            )<br>             Defendant.                                           ) | Case No. 20-578<br>Senior Judge Loren Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's June 7, 2022 order (ECF No. 42), the parties respectfully submit this Joint Status Report. The June 7, 2022 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by July 21, 2022.

In July 2021, shortly after the U.S. Supreme Court denied the petition for writ of certiorari (No. 20-1162) and the Government's conditional cross-petition (No. 20-1432) in *Maine Community Health Options v. United States*, which sought review of the Federal Circuit's CSR decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020), the parties began discussions regarding the next steps in this litigation. Several different attorneys, collectively representing a large number of plaintiff health plans—including the plaintiff here—engaged Government counsel in discussions regarding potential resolution of the CSR matters through settlement.

The parties' resolution efforts are progressing. On December 3, 2021, Plaintiffs' counsel shared a proposal with the Government to attempt to collectively resolve the damages and mitigation issues in the CSR cases without further litigation or to significantly streamline

resolution of the remaining damages/mitigation issues in these cases. On April 28, 2022, the Government responded to Plaintiffs' proposal, and Plaintiffs responded on May 23, 2022. Thereafter, the parties have convened by phone multiple times, and the Government expects to produce certain settlement-related data and other information to the plaintiffs this week, which the parties hope will continue to advance our settlement discussions.

The parties respectfully request that the stay of this matter continue for an additional 45 days, at which time the parties will file a joint status report. Good cause exists for the Court to continue the existing stay of this case. The parties are working together to determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case. The complexity of the CSR cases and the large number of interested stakeholders, necessitates that the parties be afforded additional time to complete these efforts. The parties therefore jointly propose that they file a status report by September 2, 2022, in which the parties will update the Court on the status of their efforts to resolve this matter.

| | |
|---|---|
| July 21, 2022 | Respectfully submitted, |
| /s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>SMcBrady@crowell.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Claudia Burke by Eric P. Bruskin<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/ Albert S. Iarossi<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480 |

OF COUNSEL:

Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Plaintiff

Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 307-3390
Email:  albert.s.iarossi@usdoj.gov

OF COUNSEL:

DAVID M. KERR
Trial Attorney

Civil Division
U.S. Department of Justice

Counsel for Defendant

3