# In the United States Court of Federal Claims

No. 20-578
Filed: July 27, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On July 21, 2022, the parties filed a Joint Status Report.  *See generally* Joint Status Report, ECF No. 29.  The parties propose a continuation of the stay in this case, up to and including September 2, 2022, to "determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case."  *Id*. at 2.  For good cause shown, this case is hereby **STAYED** until September 2, 2022, at which point the parties **SHALL** file a joint status report

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge