# In the United States Court of Federal Claims

No. 20-578
Filed: December 6, 2022

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER STAYING CASE

On December 1, 2022, the parties filed a Joint Status Report. *See generally* Joint Status Report, ECF No. 35.  The parties proposed a continuation of the stay in this case, up to and including January 17, 2023, to "determine whether they may efficiently resolve this and other pending [cost-sharing reduction] matters without further litigation or at least streamline these cases." *Id.* at 1.  For good cause shown, this case is hereby **STAYED** until January 17, 2023, at which point the parties **SHALL** file a joint status report.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*
Loren A. Smith,
Senior Judge