IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC., <br> HPHC INSURANCE COMPANY, INC., AND <br> HARVARD PILGRIM HEALTH CARE OF <br> NEW ENGLAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 20-578 <br> Senior Judge Loren Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's December 6, 2022 Order, the parties respectfully submit this Joint Status Report. The December 6, 2022 Order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by January 17, 2023.

In July 2021, shortly after the U.S. Supreme Court denied the petition for writ of certiorari (No. 20-1162) and the Government's conditional cross-petition (No. 20-1432) in *Maine Community Health Options v. United States*, which sought review of the Federal Circuit's CSR decision in *Community Health Choice, Inc. v. United States*, Nos. 2019-1633, -2102, 2020 WL 4723757 (Fed. Cir. Aug. 14, 2020), the parties began discussions regarding the next steps in this litigation. Several different attorneys, collectively representing a large number of plaintiff health plans—including the plaintiff here—engaged Government counsel in discussions regarding potential resolution of the CSR matters through settlement.

The parties' resolution efforts are progressing. On December 3, 2021, Plaintiffs' counsel shared a proposal with the Government to attempt to collectively resolve the damages and

mitigation issues in the CSR cases without further litigation or to significantly streamline resolution of the remaining damages/mitigation issues in these cases.  On April 28, 2022, the Government responded to Plaintiffs' proposal, and Plaintiffs responded on May 23, 2022.  Thereafter, the parties have convened by phone multiple times, and the Government produced certain settlement-related data and other information to the plaintiffs on July 22, 2022.  Most recently, the parties participated in a settlement-related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the Government on September 15, 2022.   The Government responded to CSR Plaintiffs by letter dated November 10, 2022, and the CSR Plaintiffs' offered a counter-proposal via letter on January 10, 2023.  The Government is currently reviewing that proposal.

    The parties respectfully request that the stay of this matter continue for an additional 60 days, at which time the parties will file a joint status report.  Good cause exists for the Court to continue the existing stay of this case.  The parties are working together to determine whether they may efficiently resolve this matter without further litigation or can at least streamline the damages and mitigation issues in this case.  The complexity of the CSR cases and the large number of interested stakeholders, necessitates that the parties be afforded additional time to complete these efforts.  The parties therefore jointly propose that they file a status report by March 17, 2023, in which the parties will update the Court on the status of their efforts to resolve this matter.

| | |
|---|---|
| January 17, 2023 | Respectfully submitted, |
| /s/ Stephen McBrady<br>Stephen McBrady<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW Washington, DC 20004<br>Telephone:  (202) 624-2500 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director |

| | |
|---|---|
| Facsimile:  (202) 628-5116<br>SMcBrady@crowell.com<br><br>OF COUNSEL:<br><br>Charles Baek<br><br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Counsel for Plaintiff | s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/ Albert S. Iarossi<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:   (202) 307-3390<br>Email:  albert.s.iarossi@usdoj.gov<br><br>OF COUNSEL:<br><br>DAVID M. KERR<br>Trial Attorney<br><br>Civil Division<br>U.S. Department of Justice<br><br>Counsel for Defendant |