# In the United States Court of Federal Claims

No. 20-578
Filed: September 11, 2023

|  |  |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER STAYING CASE**

      On September 8, 2023, the parties filed a Joint Status Report.  *See generally* Joint Status Report, ECF No. 49.  The parties proposed a continuation of the stay in this case, up to and including September 29, 2023, to review a settlement proposal that "is comprehensive and has the potential to be a framework for a final agreement."  *Id.* at 2.  For good cause shown, this case is hereby **STAYED** until September 29, 2023.  The parties **SHALL** file a joint status report on or before September 29, 2023.

      **IT IS SO ORDERED.**

                                                           s/ *Loren A. Smith*
                                                          Loren A. Smith,
                                                          Senior Judge