# In the United States Court of Federal Claims

No. 20-578
Filed: November 29, 2023

| | |
|---|---|
| HARVARD PILGRIM HEALTH CARE, INC, HPHC INSURANCE COMPANY, INC., and HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER STAYING CASE

On November 28, 2023, the parties filed a Joint Status Report requesting continuation of the stay in this case up to and including January 26, 2024, to agree on the terms of settlement and prepare a draft settlement agreement.  *See* Joint Status Report 1–2, ECF No. 53.  For good cause shown, this case is hereby **STAYED** until January 26, 2024.  The parties **SHALL** file a joint status report on or before January 26, 2024.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge